[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-15662
Non-Argument Calendar

_____

D.C. Docket No. 2:15-cr-00010-LGW-RSB-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KALVIN WAYNE SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(May 5, 2017)

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

David McCrea, appointed counsel for Kalvin Smith in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's conviction and sentence are **AFFIRMED**.  Kalvin Smith's motion for appointment of substitute counsel is **DENIED** as moot.